# EXHIBIT "A"

## JOINTLY OWNED COMPANY AND REAL ESTATE PORTFOLIO

| Entity | State | Neiswenter Ownership | Zurich Ownership | Principal Asset(s) | Material Notes |
|---|---|---|---|---|---|
| **NEIS Acquisitions 5192, LLC** | Georgia | 50% | 50% | 60.75% TIC interest in Eisenhower Crossing Shopping Center, 4628 & 4640 Presidential Parkway, Macon, GA | Property secures City National Bank loan maturing December 17, 2026 |
| **NEIS Acquisitions GA, LLC** | Georgia | 100% | 0% | 19.625% TIC interest in Eisenhower Crossing Shopping Center, 4628 & 4640 Presidential Parkway, Macon, GA | Wholly owned by David Neiswenter |
| **2364 TICZ, LLC** | Georgia | 0% | 100% | 19.625% TIC interest in Eisenhower Crossing Shopping Center, 4628 & 4640 Presidential Parkway, Macon, GA | Wholly owned by Zachary Zurich |
| **NEIS Acquisitions AUXGA, LLC** | Georgia | 50% | 50% | 4657, 4658, 4659 & 4696 Presidential Parkway, Macon, GA | Approx. 320,153 SF; in active litigation |
| **NEIS Acquisitions PopGA1, LLC** | Georgia | 50% | 50% | 1515 E. Union Street, Vienna, GA | Popeyes property; Mutually listed for sale with Broker. |
| **NEIS Acquisitions 5192, LLC** | Tennessee | 50% | 50% | 1905 American Way, Kingsport, TN | Approx. 50,050 SF office building; Ballad |

| Entity | State | Neiswenter Ownership | Zurich Ownership | Principal Asset(s) | Material Notes |
|---|---|---|---|---|---|
| | | | | | Health anchor tenant |
| **NEIS Acquisitions 6433KY, LLC** | Kentucky | 50% | 50% | 6433–45 Taylor Mill Road Shopping Center; Taylor Mill Road Outparcel; Telecommunications Site | Kenton County, Kentucky, Property currently being marketed for sale unilaterally by Mr. Zurich. |
| **NEIS Acquisitions 6471, LLC** | Kentucky | 50% | 50% | 6475–77 Taylor Mill Road | Kenton County, Kentucky |
| **NEIS Acquisitions 3502 IN, LLC** | Indiana | 50% | 50% | 907 Lincoln Highway West, New Haven, IN | Walgreens property |
| **NEIS Acquisitions 28232 PA, LLC** | Pennsylvania | 50% | 50% | Family Dollar Property, McKees Rocks, PA | Property is mutually listed for sale with Broker. Property currently being marketed for sale unilaterally by Mr. Zurich, at lesser Price than formal listing with Broker. |
| **NEIS Acquisitions 28382 PA, LLC** | Pennsylvania | 50% | 50% | | Currently does not own real estate |

| **Entity** | **State** | **Neiswenter Ownership** | **Zurich Ownership** | **Principal Asset(s)** | **Material Notes** |
| --- | --- | --- | --- | --- | --- |
| **NEIS Acquisitions 22298, LLC** | Texas | 50% | 50% | Family Dollar Building sold in 2026. | Currently does not own real estate |
| **NEIS Acquisitions 4651SC, LLC** | South Carolina | 50% | 50% | Family Dollar Property, 108 Highway 301 South, Dillon, SC | Subject of September 2026 purchase negotiations; Mutually listed for sale by Broker. |
| **FDSTLMO 26945, LLC** | Missouri | 50% | 50% | Former owner of 6440 W. Florissant Ave. & 5730 Wilborn Dr., Jennings (St. Louis), MO | Property conveyed by Quitclaim Deed dated Dec. 13, 2025 |
| **Neis Acquisitions, LLC (Florida)** | Missouri Asset Holder | 100% | 0% | 50% tenant-in-common interest in 6440 W. Florissant Ave. & 5730 Wilborn Dr., Jennings (St. Louis), MO | Acquired by Quitclaim Deed dated Dec. 13, 2025 |
| **Atlantic Coast Advisors, Inc. (Florida)** | Missouri Asset Holder | 0% | 100% | 50% tenant-in-common interest in 6440 W. Florissant Ave. & 5730 Wilborn Dr., Jennings (St. Louis), MO | Acquired by Quitclaim Deed dated Dec. 13, 2025 |
| **National Property Management Services, LLC** | Georgia | 50% | 50% | Property management operations and banking relationships | Administrative, maintenance and management functions |