[redacted]

---

**From:** zachary zurich <zaczurich@gmail.com>
**Sent:** Thursday, August 6, 2026 9:21 AM
**To:** Andy Neiswenter <greenfleet@live.com>
**Subject:** city national bank

I see you intend to escalate.

I will not consent to your request to be added to the various company bank accounts you requested.

please withdraw your request to city national bank and cc me

i'm hereby giving you notice that if you refuse to do so by end of the day today then i will be filing to dissolve all remaining entities and initiate appropriate legal action in each state to accomplish the same.

just so you understand the implications of that you will need to engage an attorney in each state separately, and all assets will be turned over to receivers to manage and sell at fair market value

Zachary Zurich
[redacted]