[redacted]

---

**From:** zachary zurich <zzurich@neisacq.com>
**Sent:** Thursday, August 6, 2026 3:43 PM
**To:** Andy Neiswenter <andy@neisacq.com>
**Cc:** zachary zurich <zzurich@neisacq.com>
**Subject:** Re: Withdrawal of $1,941,000

go for it


**Zachary Zurich**
Managing Director, **NEIS Acquisitions LLC**

To help protect your privacy, Microsoft Office prevented automatic download of this picture from the Internet.

---

([redacted] www.neisacq.com zzurich@NEISacq.com

To help protect your privacy, Microsoft Office prevented automatic download of this picture from the Internet.

2885 Sanford Ave SW 25343 Grandville MI 49418


On Thu, Aug 6, 2026 at 3:28 PM Andy Neiswenter <andy@neisacq.com> wrote:

> Zac,

Your law firm is not involved in this situation in any way.
You have made that clear in the operating agreements you drafted, and you reiterated it in your court filings.

Unilaterally transferring company funds to your law firm's trust account is likely a violation of the Rules of Professional Conduct of Virginia and Florida.

If the company funds are not returned to the company's account immediately, I will be filing a complaint with the State Bar associations in Virginia and Florida.

Respectfully,
Andy Neiswenter
Founder
NEIS ACQUISITIONS
Email: Andy@NEISacq.com
Direct: [redacted]

---

**From:** zachary zurich <zzurich@neisacq.com>
**Sent:** Thursday, August 6, 2026 12:58 PM
**To:** Andy Neiswenter <andy@neisacq.com>
**Subject:** Re: Withdrawal of $1,941,000

The funds are in my trust account and they'll stay there until further order of the court

I've requested the court issues summons and you will be served forthwith. Regarding Georgia.

I'm in the process of filing in the other states as we speak

Zachary Zurich
[redacted]

On Thu, Aug 6, 2026, 12:31 PM Andy Neiswenter <andy@neisacq.com> wrote:

> Zac,
>
> You have withdrawn $1,941,000 from our Company Bank Account today, **without my consent.**
>
> You need to send me evidence of where this money was moved to and the name of the Account Holder in which it is held, today.
>
> I am actively speaking with Legal Counsel, despite the fact that I have not been legally served, and we are formulating a response to see how we may come to a resolution.

Respectfully,
Andy Neiswenter
Founder
NEIS ACQUISITIONS
Email: Andy@NEISacq.com
Direct: [redacted]