## Case Information

### Zachary Zurich vs. David Neiswenter

2026-CV-085533

Location

Bibb - Superior Court

Case Category

Civil

Case Type

Complaint: Miscellaneous

Case Filed Date

8/4/2026

Judge

Ken Smith

Case Status

Open

## Disposition/Judgment 1

| Judgment Date | Judgment Type | Judgment Sub Type | Issuing Judge |
|---|---|---|---|
| 9/3/2026 | Dismissed | | Smith, Ken |

### Dismissed

| Issue Date | Awarded To | Awarded Against | Assignee | Comment |
|---|---|---|---|---|
| - | - | - | - | - |

| Status | Status Date | Status Comment |
|---|---|---|
| - | - | - |

| Amount | Filing Fee | Service Fee | Attorney Fee | Cost | Total |
|---|---|---|---|---|---|
| - | - | - | - | - | - |

| Interest Start Date | Interest Rate | Total Interest | Pre-Judgment Interest | Post-Judgment Interest |
|---|---|---|---|---|
| - | - | - | - | - |

## Parties 7

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Zurich, Zachary Lee | | Pro Se |
| Defendant | Neiswenter, David | | GOLDBERG, BRIAN S , PINTER, ANDREW H |
| Co-Defendant | Neis Acquisitions POPGA LLC | | Pro Se |
| Co-Defendant | Neis Acquisitions 5192 LLC | | Pro Se |
| Co-Defendant | Neis Acquisitions GA LLC | | Pro Se |
| Co-Defendant | 2364 TICZ LLC | | Pro Se |

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Co-Defendant | Neis Acquisitions AUXGA LLC | | Pro Se |

## Events 26

| Date | Event | Index # | Type | Comments | Documents |
|---|---|---|---|---|---|
| 10/5/2026 | Filing | | REPLY | Reply to Defendant's Motion for Attorney's Fees | Zurich Response to Fee Mot. (revisions 10.4.2026).docx (1).pdf.pdf |
| 9/23/2026 | Filing | | MOTION | David Neiswenter's Motion for Attorney's Fees and Expenses of Litigation Pursuant to O.C.G.A. 9-15-14 | 2026.09.23 Motion for Attorneys Fees - Neiswenter.pdf.pdf |
| 9/3/2026 | Filing | | DISMISSAL: WITHOUT PREJUDICE | Dismissal Without Prejudice | Plaintiff_Notice_and_Motion_Dismiss_Without_Prejudice.docx.pdf.pdf |
| 9/2/2026 | Filing | | RESPONSE | Defendant David Neiswenter's Response to Plaintiff Zachary Zurich's Objections to Proposed Order | Response to Plaintiff Zachary Zurich's Objections to Proposed Order.pdf.pdf |
| 8/31/2026 | Filing | | BRIEF | in Support of Motion for Receiver and with Exhibits | Brief in Support of Motion to Appoint Receiver -.pdf.pdf |
| 8/31/2026 | Filing | | EXHIBITS / ATTACHMENT | Exhibits 44-52 [Filed exhibit 51, 52, 50, 49, 48, 47, 46, 48 & 44] | Copy of exhibit 51 Pack v. Mahan, 755 SE 2d 126 - Ga_ Supreme Court 2014 - Google Scholar-merged.pdf.pdf |
| 8/31/2026 | Filing | | EXHIBITS / ATTACHMENT | Exhibit 1-43 [Filed in reverse order Exhibit 43 thru Exhibit1is last document] | Copy of Exhibit 43 offer from elevate-merged-compressed.pdf.pdf |
| 8/31/2026 | Filing | | MOTION | Limited Rehearing to Permit Testimony of Plaintiffs Receiver | Motion_Limited_Rehearing_Reconsideration_Receiver.docx-merged.pdf.pdf |
| 8/30/2026 | Filing | | BRIEF | Brief in Opposition to TRO and Limited Opposition to Receiver | Brief in Opposition to TRO and Limited Opposition to Receiver_Neiswenter.pdf.pdf |
| 8/28/2026 | Filing | | MOTION | Motion to Amend Revised | Version 2 082726 Amended_Complaint_Zurich_v_Neiswenter.docx-merged.pdf.pdf |
| 8/24/2026 | Filing | | NOTICE OF HEARING | Notice of Hearing | Zurich v Neiswenter 85533 NOH Aug 31_26.pdf.pdf |
| 8/20/2026 | Filing | | ACKNOWLEDGMENT OF SERVICE | Waiver of Service of Summons | Signed - Waiver of Service_Neiswenter.pdf.pdf |
| 8/18/2026 | Filing | | ENTRY OF APPEARANCE | Notice of Appearance | Entry of Appearance_Neiswenter.pdf.pdf |
| 8/17/2026 | Filing | | MOTION | motion for injunction | Emergency_Motion_for_Injunction.docx.pdf.pdf |
| 8/17/2026 | Filing | | MOTION TO AMEND | motion to amend with amended complaint as exhibit | Motion_to_Amend_Complaint.docx.pdf.pdf |
| 8/10/2026 | Filing | | INITIATION FORM ON FILE | Affidavit of Pro see | AffidavitFilingWithoutAttorney.pdf.pdf |
| 8/10/2026 | Filing | | INITIATION FORM ON FILE | Party Contact Information | Parties Contact Info Sheet (1).pdf.pdf |
| 8/6/2026 | Filing | | SUPPLEMENT | General Civil and Domestic Case Filing Information Form | completed Civil-Domestic-Case-Initiation-Form.pdf.pdf |
| 8/6/2026 | Filing | | Summons | Summons - Neis Aquisitions POPGA LLC | popga1 Summons-Fillable.pdf.pdf |
| 8/6/2026 | Filing | | Summons | Summons - Neis Acquisitions 5192 LLC | 5192 Summons-Fillable.pdf.pdf |
| 8/6/2026 | Filing | | Summons | Summons - Neis Acquisitions GA, LLC | Summons-Fillable.pdf.pdf |
| 8/6/2026 | Filing | | Summons | Summons - Neis Acquisitions AUXGA LLC | Auxga Summons-Fillable.pdf.pdf |
| 8/6/2026 | Filing | | Summons | Summons - David Neiswenter | Andy Summons-Fillable.pdf.pdf |
| 8/5/2026 | Filing | | MOTION | PLAINTIFF'S EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER AND REQUEST FOR EXPEDITED HEARING | emergency motion for appointment of receiver.pdf.pdf |
| 8/4/2026 | Filing | | COMPLAINT/PETITION | Complaint for Judicial Dissolution and Appoint of Receiver | SUPERIOR COURT OF BIBB COUNTY disolution lawsuit complaint draft (1).pdf.pdf |
| 8/4/2026 | Filing | | Case Filed | | *No Documents* ⓘ |



© 2026 Tyler Technologies, Inc. | All Rights Reserved | Version: 2026.8.1.2547