**Electronically Filed**
**Erica L. Woodford, Clerk**
**Bibb County Superior Court**
**Docket Date: 8/4/2026 3:26 PM**

Pamela S Hamm

**SUPERIOR COURT OF BIBB COUNTY**

**STATE OF GEORGIA**

**ZACHARY ZURICH,**

Plaintiff,

v.

**DAVID NEISWENTER**
and
**NEIS ACQUISITIONS 5192, LLC, a Georgia Limited Liability Company**
and
**NEIS ACQUISITIONS GA, LLC, a Georgia Limited Liability Company**
and
**2364 TICZ, LLC, a Georgia Limited Liability Company**
and
**Neis ACQUISITIONS AUXGA, LLC a Georgia Limited Liability Company**
and
**Neis ACQUISITIONS POPGA, LLC a Georgia Limited Liability Company**

Defendants.

**CIVIL ACTION FILE NO.: ________________**

## COMPLAINT FOR JUDICIAL DISSOLUTION and APPOINTMENT OF RECEIVER

COMES NOW Plaintiff Zachary Zurich, and files this Complaint, showing the Court as follows:

## PARTIES

1. Plaintiff Zachary Zurich is a resident of Fairfax County, Virginia, and owns a **50%** membership interest in Neis Acquisitions 5192, LLC, a Georgia Limited Liability Company
2. Defendant David Neiswenter is a resident of Broward County, Florida and owns the remaining **50%** membership interest in Neis Acquisitions 5192, LLC.
3. Defendant Neis Acquisitions 5192, LLC is a Georgia limited liability company that owns **60.75%** undivided interest as a tenant in common in the commercial real property located in Macon, Bibb County, Georgia (the “Property”).

4. Defendant 2364 TICZ, LLC is a Georgia limited liability company that owns **19.625%** undivided interest as a tenant in common in the commercial real property located in Macon, Bibb County, Georgia (the "Property").
5. Defendant Neis Acquisitions GA, LLC is a Georgia limited liability company that owns **19.625%** undivided interest as a tenant in common in the commercial real property located in Macon, Bibb County, Georgia (the "Property").
6. Neis Acquisitions AUXGA, LLC is a Georgia limited liability company that owns a portion of the Auxiliary Property proposed to be sold along with property owned by the other Defendants.
7. Neis Acquisitions POPGA, LLC is a Georgia limited liability company that owns property in Georgia that is owned **50%** by Zachary Zurich and **50%** by David Neiswenter.

## FACTS

8. The parties are deadlocked in the management decisions with respect to leasing or sale of the Property of Neis Acquisitions 5192, LLC and Auxiliary Property of Neis Acquisitions AUXGA, LLC.

9. Because of this deadlock, the LLC is unable to conduct its business in a reasonably practicable manner given there is over eight million dollars in debt coming due in December of 2026.

10. Plaintiff has no adequate remedy at law other than judicial dissolution, appointment of a receiver, and sale of the Property.

11. The Defendants acquired the property as a joint venture in three separate entities due to a 1031 transaction for tax purposes and auxiliary property in a separate fourth entity.

12. The Property has a loan of approximately Eight Million Five Hundred Thousand Dollars from City National Bank which matures December 17, 2026.

13. David Neiswenter has engaged multiple national brokerage firms who have produced opinions of value between $23,000,000 and $28,000,000 to sell the Property and a portion of the Auxiliary Property owned by a related entity Neis Acquisitions AUXGA, LLC.

14. National commercial real estate brokers estimate that a sale process can take four to five months.

15. There are prospective tenants who are interested in renting space or renegotiating leases at the center which can increase the Properties net operating income including DD, Five Below, Madrag, and Rainbow and Ross.

16. The entity does not have sufficient funds to satisfy the principal balance of the loan coming due.

17. Timely decisions need to be made regarding leases and sale of the property so that the entity can satisfy its debt obligations.

18. The partners are irrevocably deadlocked on most major decisions related to leasing and sale.

## COUNT I – JUDICIAL DISSOLUTION (O.C.G.A. § 14-11-603)

19. Plaintiff incorporates the preceding paragraphs.

20. Judicial dissolution of a Georgia LLC falls under O.C.G.A. § 14-11-603 when it is not reasonably practicable to carry on the business in conformity with the articles or operating agreement.

Plaintiff respectfully requests that the Court dissolve Neis Acquisitions 5192, LLC and Neis Acquisitions POPGA, LLC due to the irreconcilable deadlock between the members.

## COUNT II – APPOINTMENT OF RECEIVER

21. Plaintiff incorporates the preceding paragraphs.

22. Appointment of a receiver is an equitable remedy the Superior Court can grant in connection with such an action for dissolution or partner deadlock.

23. Due to the deadlock and the risk of waste or mismanagement of the Property, Plaintiff requests that the Court appoint a neutral receiver to:

- Manage the Property pending sale including leasing vacant spaces
- Collect rents,
- Pay necessary expenses,
- Market and sell the Property at fair market value,
- Wind up the affairs of the LLC, and
- Distribute the net proceeds according to the parties' respective ownership interests (50% to each member).

Plaintiff requests that the Court appoint a receiver.

Plaintiff requests that the Court order the receiver to take input from the owners to the extent that the owners agree and provide timely instructions to follow the joint request of the owner but in the event either owner requests then the receiver will forthwith make decisions on behalf of owners to break deadlock.

Plaintiff requests that the receiver shall be in place to resolve deadlocks and facilitate the leasing, sale and management of the property.

## COUNT III – INJUNCTION

24. Plaintiff incorporates the preceding paragraphs.

25. Plaintiff respectfully requests that the Court issue a **temporary and permanent injunction** enjoining Defendant Neiswenter and Neis Acquisitions 5192, LLC and Neis Acquisitions Auxga, LLC from:

- Making any distributions of LLC funds to any member;
- Incurring any new debt or further encumbering the Property;
- Transferring or conveying any interest in the Property;
- Taking any action without mutual agreement
- Engaging in self dealing
- Engaging in undisclosed conversations regarding leasing or sale

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a. That the Court enter an Order **judicially dissolving** Neis Acquisitions 5192, LLC, a Georgia Limited Liability Company and Neis Acquisitions POPGA, LLC

b. That the Court appoint a **receiver** with full powers to manage, market, lease, and sell the Property and Auxiliary Property and property owned by Neis Acquisitions POPGA, LLC;

c. That the net proceeds from the sale after payment of expenses and mortgages be distributed to each party based on their respective interest;

d. For such other and further relief as the Court deems just and proper.

e. That the Court issue a temporary and permanent injunction as described above

Respectfully submitted,

Zachary Zurich