**Goldberg, Brian S.**

---

| | |
|---|---|
| **From:** | zachary zurich <zaczurich@gmail.com> |
| **Sent:** | Thursday, September 3, 2026 8:11 PM |
| **To:** | John F. Kennedy |
| **Cc:** | Goldberg, Brian S.; Bell, Lisa; Young, Grace; John B. (Jack) Nichols |
| **Subject:** | Re: Receivership Order in 2026-CV-085533 |
| **Attachments:** | Plaintiff_Notice_and_Motion_Dismiss_Without_Prejudice.docx.pdf |

This message has originated from an **External Email**. zaczurich@gmail.com <zaczurich@gmail.com>:

---

Grace,

Attached please find notice of the plaintiffs voluntary dismissal without prejudice filed with the court. Given that the case has been dismissed there is no need for the court to enter any further order including an order addressing the receiver issue

Zachary Zurich
954-557-0389

On Thu, Sep 3, 2026 at 7:22 PM zachary zurich <zaczurich@gmail.com> wrote:

> I have a 20 year relationship with the bank multiple accounts multiple companies not connected with this litigation including my law office and trust account. This inability to speak to my bank would cripple multiple companies that have nothing to do with this lawsuit that I operate including my law office and trust account. I communicate regularly with the bank. There are only three entities involved in this case. Prohibiting me from effectively having a relationship with my bank and impacting multiple other companies that have nothing to do with the lawsuit is impractical. Additionally I have a personal guarantee on this loan and I'm required to provide regular reporting to the bank on my personal financial status. The receiver has no right to interfere with my bank relations nor have access to private personal financial information not related to this case.
>
> There is over eight million dollars of debt coming due that I'm personally responsible for that the bank can take to a default interest rate. The receiver might speak for the company but he doesn't speak for me personally. His rights should be limited to the company.
>
> As this is becoming wholly unworkable at this time I'm withdrawing my motion for the receiver to be appointed.
>
> And I'd ask if for any reason this receiver is appointed that the effect be stated until I can seek an appeal.
>
> Zachary Zurich

954-557-0389

On Thu, Sep 3, 2026, 6:51 PM John F. Kennedy <jkennedy@jamesbatesllp.com> wrote:

All:  I have reviewed Mr. Zurich's Objection and proposed additional obligations, responsibilities and conditions to the order appointing receiver.  I have also seen Mr. Goldberg's response to the Objection and have the following connemts.

I do not object to the request for the parties to have "view only" access to the operating bank/ financial accounts.  However, this presents the possibility of interference by the parties and as such, language should be added that the parties are prohibited from communicating with any financial institution about the entities under the control of the Receiver, unless expressly authorized by the Receiver in writing.

I do not object to the requirement of the Receiver posting a bond in the amount of $2,500.000, to be paid for by the receivership estate.

Finally, the request that the Receiver maintain errors-and-omissions and such related  coverage is inappropriate.  Further, the language proposes that such insurance relate to the "...risk of loss if the properties are not leased or sold, naming the receivership estate as insured or loss payee..." is an attempt to make the receiver the insurer of the economic success and viability of this subject shopping center, which is being placed into receivership.

We will revise our proposed Order consistent with the above and send to Judge Smith in the morning for his consideration.

Thank you,

John F Kennedy


**John F. Kennedy**
**Partner**
**O 478.742.4280     D 478.749.9981**
jkennedy@jamesbatesllp.com
231 Riverside Drive, Suite 100
Macon, GA 31201



Confidentiality Notice:
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee of this message, this message was not intended for you, and your receipt of this message was an inadvertent disclosure of the information and contents herein.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.  The receipt of this email alone may not necessarily create an attorney-client privilege between you and James-Bates-Brannan-Groover-LLP. If we do not represent you, please do not respond to this email with any confidential information because your communication may not be treated as privileged or confidential.  Thank you.

**From:** zachary zurich <zaczurich@gmail.com>
**Sent:** Thursday, September 3, 2026 5:52 PM
**To:** Goldberg, Brian S. <bgoldberg@buchalter.com>
**Cc:** Bell, Lisa <LBell@maconbibb.us>; Young, Grace <GYoung@maconbibb.us>; John B. (Jack) Nichols <jnichols@jamesbatesllp.com>; John F. Kennedy <jkennedy@jamesbatesllp.com>
**Subject:** Re: Receivership Order in 2026-CV-085533

External to JBBG

Plaintiff's first request remains a receiver's bond under O.C.G.A. § 9-8-10. If the Court is inclined to waive that requirement at Defendants' instance, Plaintiff asks that the waiver be conditioned on Defendants posting a surety bond, or delivering an indemnity with security, in the same amounts, so that the party insisting on an unsecured receiver—not the estate—bears the risk of that choice.

Zachary Zurich

954-557-0389

On Thu, Sep 3, 2026 at 5:00 PM Goldberg, Brian S. <bgoldberg@buchalter.com> wrote:

> Please be advised that on behalf of Mr. Neiswenter, we have no objection to Mr. Kennedy's proposed order.
>
> We also do not oppose Mr. Zurich's suggestion for "view-only" access to accounts to the parties.
>
> Thanks,
>
> Buchalter
>
> **Brian S. Goldberg**
> Partner
> **T** (404) 832-7667
> bgoldberg@buchalter.com

3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305
www.buchalter.com

---

**From:** zachary zurich <zaczurich@gmail.com>
**Sent:** Thursday, September 3, 2026 4:36 PM
**To:** John F. Kennedy <jkennedy@jamesbatesllp.com>
**Cc:** Young, Grace <GYoung@maconbibb.us>; Goldberg, Brian S. <bgoldberg@buchalter.com>; John B. (Jack) Nichols <jnichols@jamesbatesllp.com>; Bell, Lisa <LBell@maconbibb.us>
**Subject:** Re: Receivership Order in 2026-CV-085533

This message has originated from an **External Email**. zaczurich@gmail.com <zaczurich@gmail.com>:

---

Grace,

Please find attached plaintiffs limited objections to the proposed order.

Zachary Zurich

954-557-0389

On Thu, Sep 3, 2026 at 2:13 PM John F. Kennedy <jkennedy@jamesbatesllp.com> wrote:

> Grace: Following up on my email this morning, please find attached a proposed Order for Judge Smith's consideration.
>
> Please let me know if you need anything else or if I can help in any way.
>
> JFK




**John F. Kennedy**
**Partner**
**O 478.742.4280** **D 478.749.9981**
jkennedy@jamesbatesllp.com
231 Riverside Drive, Suite 100
Macon, GA 31201

Confidentiality Notice:
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee of this message, this message was not intended for you, and your receipt of this message was an inadvertent disclosure of the information and contents herein. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message. The receipt of this email alone may not necessarily create an attorney-client privilege between you and James-Bates-Brannan-Groover-LLP. If we do not represent you, please do not respond to this email with any confidential information because your communication may not be treated as privileged or confidential. Thank you.

---

**From:** John F. Kennedy
**Sent:** Thursday, September 3, 2026 8:33 AM
**To:** 'Young, Grace' <GYoung@maconbibb.us>; bgoldberg@buchalter.com; zaczurich@gmail.com
**Cc:** John B. (Jack) Nichols <jnichols@jamesbatesllp.com>; Bell, Lisa <LBell@maconbibb.us>
**Subject:** RE: Receivership Order in 2026-CV-085533

Good morning, Grace: Thank you for your email. Please let Judge Smith know that I appreciate his email and the opportunity to be of service to him and his Court. I will work this morning on a proposed draft order of appointment for his review and consideration and will send it to you, and cc counsel.

Thank you,

John F Kennedy

---

**From:** Young, Grace <GYoung@maconbibb.us>
**Sent:** Wednesday, September 2, 2026 3:57 PM
**To:** bgoldberg@buchalter.com; zaczurich@gmail.com; John F. Kennedy <jkennedy@jamesbatesllp.com>
**Cc:** John B. (Jack) Nichols <jnichols@jamesbatesllp.com>; Bell, Lisa <LBell@maconbibb.us>
**Subject:** Re: Receivership Order in 2026-CV-085533
**Importance:** High

External to JBBG

**This email originated from inside Macon-Bibb County Government. Do NOT click on links or open attachments unless you recognize the sender and know the content is safe.**

**Message sent internally from: GYoung@maconbibb.us**

Good afternoon.

Judge Smith has asked me to convey the following:

> Counselors, thank you both for the submission of your Orders. After considering those Orders, it dawned on me that the Receiver might have some good input into our process as far as the terms of the Order the Receiver feels might be helpful to the performance of his tasks.
>
> Senator Kennedy, thank you for your time and being in court the other day on short notice. It is my intent to appoint you as the Receiver to serve in this matter, and I am grateful for your willingness to do so. If you have a preferred Order for the appointment of you as the Receiver, I would be happy to see that. If you would, please send it to me, copying both of the parties. If not, I'll be happy to modify what has been submitted to provide for the breadth of powers being granted to you as Receiver.
>
> Thank you so much for your time and your consideration. I look forward to hearing back from you in the very near future.
>
> Have a great day, all.

Best,

**Grace C. Young**

Staff Attorney to Judge Ken Smith

Superior Court

Macon Judicial Circuit

601 Mulberry Street,

Macon, GA 31201

gyoung@maconbibb.us

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.