Electronically Filed
Erica L. Woodford, Clerk
Bibb County Superior Court
Docket Date: 9/3/2026 8:09 PM
Denise M. McGhee



**IN THE SUPERIOR COURT OF BIBB COUNTY**
**STATE OF GEORGIA**

**ZACHARY ZURICH,**
Plaintiff,

*v.*

**DAVID NEISWENTER,**
**NEIS ACQUISITIONS 5192, LLC,**
**NEIS ACQUISITIONS GA, LLC,**
**2364 TICZ, LLC,**
**NEIS ACQUISITIONS AUXGA, LLC, and**
**NEIS ACQUISITIONS POPGA1, LLC,**
Defendants.

Civil Action No. 2026-CV-085533

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Zachary Zurich, pro se, pursuant to O.C.G.A. § 9-11-41(a)(1)(a), hereby dismisses this action without prejudice.

Zachary Zurich
Plaintiff, Pro Se
1113 Towlston Road
McLean, Virginia 22102
(954) 557-0389
zaczurich@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing upon all parties who have appeared Brian S. Goldberg for David Neiswenter email: bgoldberg@buchalter.comnd and proposed Receiver John Flanders Kennedy, J.D., by email:

This 3rd day of September, 2026.

Zachary Zurich

DM