IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Zachary Zurich**,<br><br>Plaintiff and<br>Counterclaim-Defendant<br><br>v.<br><br>**David Neiswenter**, individually, and David Neiswenter as member of all named nominal defendants.<br><br>Defendant and<br>Counterclaim-Plaintiff<br><br>**NEIS Acquisitions 5192, LLC**, a Georgia limited liability company, et al.,<br><br>Nominal Defendants,<br>Additional Nominal Defendants,<br>and Additional Counterclaim<br>Defendants. | Civil Action File No.<br>5:26-cv-00388-MTT |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF DAVID NEISWENTER'S EMERGENCY MOTION TO SET EXPEDITED HEARING**

Defendant and Counterclaim-Plaintiff David Neiswenter ("Neiswenter"), by and through undersigned counsel, pursuant to Local Rules 7.5 and 7.7, respectfully moves the Court to set an expedited hearing on Neiswenter's Emergency Motion for Appointment of a Receiver and Entry of a Temporary Restraining Order and Preliminary Injunction [Doc. 10] (the "Emergency Motion"), and shows the Court as follows:

1. On October 23, 2026, Neiswenter filed the Emergency Motion and supporting brief seeking immediate appointment of a federal receiver and temporary and preliminary injunctive relief concerning the Jointly Owned Companies, their assets, financial accounts, records, and

operations.

2. As set forth in the Emergency Motion and supporting brief, the requested relief is directed to preserving and protecting Jointly Owned Companies' assets; maintaining the segregation, identification, and traceability of company funds; restoring access to financial information; preventing unauthorized transfers or disposition of company funds; preserving relevant documents and electronically stored information; and preventing unilateral management decisions affecting material company operations.

3. The Emergency Motion further identifies a continuing risk of dissipation, transfer, concealment, or impairment of the traceability and availability of Jointly Owned Company funds, as well as continuing harm to company governance and operations. Neiswenter therefore requested an expedited hearing on his request for preliminary injunctive relief and an accounting.

4. Local Rule 7.5 provides that a party desiring a hearing on a motion must request a hearing by written motion. Neiswenter files this separate motion to make that request expressly and to request that the hearing be conducted on an expedited basis.

5. Local Rule 7.7 further provides that motions for hearings may be considered by the Court immediately after filing.

6. In light of the emergency relief requested and the continuing risks described in the Emergency Motion and supporting brief, Neiswenter respectfully requests that the Court set the Emergency Motion for hearing at the earliest time convenient for the Court.

WHEREFORE, Defendant and Counterclaim-Plaintiff David Neiswenter respectfully requests that the Court enter an order setting an expedited hearing on his Emergency Motion for Appointment of a Receiver and Entry of a Temporary Restraining Order and Preliminary Injunction at the earliest time convenient for the Court, and grant such other and further relief as

the Court deems just and appropriate.

Respectfully submitted this 27th day of October, 2026.

BUCHALTER LLP

/s/ Brian S. Goldberg
Brian S. Goldberg
Georgia Bar No. 128007
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7667
Email: bgoldberg@buchalter.com

Counsel for Defendant and Counterclaim-Plaintiff David Neiswenter

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2026, I electronically filed the foregoing DEFENDANT AND COUNTERCLAIM-PLAINTIFF DAVID NEISWENTER'S EMERGENCY MOTION TO SET EXPEDITED HEARING with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

Respectfully submitted,

BUCHALTER LLP

/s/ Brian S. Goldberg
Brian S. Goldberg
Georgia Bar No. 128007
3475 Piedmont Road NE
Suite 1100
Atlanta, Georgia 30305
Telephone: (404) 832-7667
Email: bgoldberg@buchalter.com

*Counsel for Defendant, Counterclaim-Plaintiff David Neiswenter*