**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ZACHARY ZURICH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-388 (MTT)** |
| | ) | |
| **DAVID NEISWENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Defendant David Neiswenter's emergency motion for appointment of a receiver and entry of a temporary restraining order and preliminary injunction. ECF 10. Defendant Neiswenter subsequently filed an emergency motion for hearing. ECF 12. The motion for hearing (ECF 12) is **GRANTED**. The parties are **ORDERED** to appear **Friday, November 6, 2026, at 1:00 p.m.**

The Court notes that its subject matter jurisdiction is questionable. The allegations of the First Amended Complaint likely do not establish diversity jurisdiction, and the Defendant's federal RICO claim may be dismissed.

**SO ORDERED**, this 3rd day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT