DEFENDANT'S EXHIBIT 1

PENGAD 800-631-6989

[redacted]

Begin forwarded message:

**From:** Andy Neiswenter <Andy@neisacq.com>
**Date:** August 6, 2026 at 12:40:19 PM EDT
**To:** zzurich <zzurich@neisacq.com>
**Subject: Company Bank Accounts**

Zac,

Do not transfer any money without my prior written approval.

Respectfully,
Andy Neiswenter
Founder