**EXHIBIT "B"**

Tax Parcel Map




| Parcel ID | Acres | 2020 Assessed Value |
|---|---|---|
| L084-0160 | 2.02 | $1,304,582 |
| L084-0163 | 25.25 | $16,645,173 |
| L084-0167 | 4.48 | $5,608,559 |
| L084-0168 | 7.34 | $3,418,018 |
| L084-0169 | 9.27 | $7,576,145 |
| L084-0170 | 1.22 | $566,645 |
| L091-0033 | 0.5 | $627 |
| L091-0051 | 0.15 | $3,764 |
| M083-0285 | 0.08 | $800 |
| | **50.31** | **$35,124,313** |

21