**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| ZACHARY ZURICH,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>DAVID NEISWENTER, individually and as member of all named nominal defendants,<br><br>Defendant and<br>Counterclaim-Plaintiff,<br><br>NEIS ACQUISITIONS 5192, LLC, et al.,<br><br>Nominal Defendants. | CIVIL ACTION FILE NO.<br>5:26-cv-00388-MTT |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT ZACHARY ZURICH'S MOTION TO CONTINUE THE NOVEMBER 24, 2026 HEARING AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff and Counterclaim-Defendant, Zachary Zurich, moves to continue, by about two weeks, the hearing on Defendant David Neiswenter's Emergency Motion for Determination of Subject-Matter Jurisdiction (Doc. 25), now set for November 24, 2026 at 4:00 p.m. (Doc. 27). Because the hearing is set for November 24, Zurich asks that the Court consider this motion before that date. In the alternative, Zurich asks that the Court decide the motion on the papers after a short reply.

On November 19, 2026, the Court granted Zurich's motion for leave to file a supplemental brief on subject-matter jurisdiction, directed the Clerk to file the brief, and ordered Neiswenter to file a response of no more than ten pages by Monday, November 23. (Doc. 26.) The same day, the Court set the hearing on Neiswenter's emergency motion for Tuesday, November 24, by

videoconference. (Doc. 27.) Under that schedule, the hearing would take place the day after Neiswenter files his response.

The Court may continue a hearing on its own motion or on a party's motion. Local Rule 6.1. Good cause supports a short continuance here.

The schedule leaves Zurich no opportunity to answer Neiswenter's new position. Until November 17, Neiswenter asked the Court to "treat 5192 and AUXGA as nominal defendants to Zurich's claims." (Doc. 10-1 at 25.) He now contends that the Court lacks subject-matter jurisdiction over those claims. (Doc. 24 ¶¶ 9-10; Doc. 25.) The Court granted Zurich leave to file his supplemental brief "because Neiswenter has not briefed his new position." (Doc. 26.) Neiswenter's response, due November 23, will be the first time he does so. Zurich would have one day to review it before the hearing, and the current schedule does not provide for a reply.

Additionally, undersigned counsel has had a health matter that prevents her from adequately preparing for and presenting argument on November 24, and she intends to withdraw from the case once substitute counsel appears. Zurich is seeking qualified substitute Georgia licensed and USDC M.D. GA admitted counsel to appear in this case. Once retained, new counsel will need a short time to review the record and the jurisdictional briefing before arguing a motion that may decide whether this case remains in this Court. The hearing also falls in a week truncated by the Thanksgiving holiday.

A short continuance will not prejudice Neiswenter. The jurisdictional question has been before the Court since its October 21, 2026 Order. (Doc. 7.) At the November 6 hearing, the Court stated that it has subject-matter jurisdiction for now and instructed the parties to draft a limited order concerning notice of transactions, and both sides have submitted proposed orders. (Doc. 21

at 1-2.) The urgency Neiswenter now asserts follows from his own change of position on November 17 and 18. (Docs. 24, 25.)

This is Zurich's first request to continue this hearing. A delay of about two weeks would not change the questions before the Court, and it would allow the hearing to go forward with counsel prepared.

Zurich respectfully requests that the Court continue the November 24, 2026 hearing to a date on or after December 8, 2026 that is convenient to the Court. In the alternative, if the Court does not continue the hearing, Zurich respectfully requests that the Court decide Neiswenter's motion on the papers and permit Zurich to file a reply of no more than five pages by November 30, 2026. s

Respectfully submitted this 20th day of November, 2026.

HAIGLER & ASSOCIATES,
by J.A.S. Legal Firm, LLC

**/s/ *Ashanti Armstrong***
Ashanti Armstrong, Esq.
Georgia Bar No. 878516
*Attorney for Plaintiff and*
*Counterclaim-Defendant, Zachary Zurich*
400 Galleria Parkway, SE, Suite 1500
Atlanta, Georgia 30339
Telephone: (404) 475-2585
Email: armstrong@haigler-firm.com

**CERTIFICATE OF SERVICE**

I certify that on November 20th, 2026, I electronically filed the foregoing Plaintiff and Counterclaim-Defendant ZACHARY ZURICH'S MOTION TO CONTINUE THE NOVEMBER 24, 2026 HEARING AND INCORPORATED MEMORANDUM OF LAW with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record, including the following.

Brian S. Goldberg
BUCHALTER LLP
3475 Piedmont Road NE, Suite 1100
Atlanta, Georgia 30305
bgoldberg@buchalter.com
Counsel for Defendant and Counterclaim-Plaintiff David Neiswenter

*/s/ Ashanti Armstrong*
Ashanti Armstrong, Esq.
Georgia Bar No. 878516